## Commonwealth v. Brenizer, Appellant.

Before CAMPBELL, P. J.

Submitted September 9, 1974. *Gary A. Delafield,* Assistant Public Defender, and *Robert L. Martin,* Public Defender, for appellant;

*Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.